UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANICE GUGGISBERG,

    Plaintiff,

v.                                         Case No.:  2:23-cv-517-SPC-NPM

TARGET CORPORATION,

    Defendant.
_____/

## ORDER

    Before the Court is Defendant Target Corporation's Response to the Court's Order to Supplement the Notice of Removal. (Doc. 12).  Because Target did not sufficiently show the requirements for diversity jurisdiction, the Court ordered it to supplement its notice of removal.  (Doc. 10).  In response, Target admits that it does not have any other information to establish the amount in controversy. The Court thus remands this case for lack of subject matter jurisdiction. *See Dudley v. Eli Lilly & Co.*, 778 F.3d 909, 912 (11th Cir. 2014) (stating removal statutes are strictly construed with doubts resolved for remand).

    Accordingly, it is

    **ORDERED:**

(1) This case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(2) The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(3) The Clerk is **DIRECTED** to terminate close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on August 3, 2023.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record